1  Anjali J. Patel SBN 28138
   Christina Locher SBN 027472
2  **Tyler Allen Law Firm, PLLC**
   4201 North 24th Street, Suite 200
3  Phoenix, AZ 85016
   Phone: (602) 456-0545
4  Fax: (602) 995-3999
5  anjali@allenlawaz.com
   christina@allenlawaz.com
6  *Attorneys for Plaintiff Kasey Meyer*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kasey Meyer,<br><br>    Plaintiff,<br><br>v.<br><br>Synergy Physicians, PLLC; Vinamra Jain, M.D. and Arpana Jain<br><br>    Defendants. | No. 2:25-cv-01475<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY** |
| Arpana Jain,<br><br>    Cross-Claimant,<br><br>v.<br><br>Vinamra Jain M.D.,<br><br>    Cross-Defendant. | |

  Plaintiff Kasey Meyer hereby notifies the Court that she has served a Notice of Deposition of Defendant Vinamra Jain, M.D., on Defendants via e-mail on February 5, 2026:

  **RESPECTFULLY SUBMITTED** this 5th day of February 2026.

                **Tyler Allen Law Firm, PLLC**


                */s/ Christina M. Locher*
                Christina M. Locher
                Attorney for Plaintiff Kasey Meyer

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2026, I electronically filed the foregoing with the Clerk of Court for the United States District Court, District of Arizona by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

**Tyler Allen Law Firm, PLLC**

*/s/ Christina M. Locher*
Christina M. Locher
Attorney for Plaintiff Kasey Meyer